Argued and submitted March 29,
remanded for resentencing September 1, 1982

STATE OF OREGON,
*Respondent,*

*v.*

MARTY JOHN WARD,
*Appellant.*

(No. 81-1741, CA A22962)(control)
(No. 79-1988 CA A22963)
(No. 79-1905 CA A22964)
(cases consolidated)

650 P2d 163

Ronald K. Cox, Assistant Coos County Public Defender, Coquille, argued the cause and filed the brief for appellant.

Barbara A. Jacobson, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and James E. Mountain, Jr., Deputy Solicitor General, Salem.

Before Gillette, Presiding Judge, and Joseph, Chief Judge,* and Young, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Warden, J.

## PER CURIAM

Defendant appeals the sentence imposed after his conviction for burglary in the second degree, ORS 164.215, and revocation of his probation on previous burglary convictions. The only matter requiring a written opinion is defendant's argument that ordering the sentence on this burglary conviction to run consecutively to a 1980 Douglas County sentence was improper, because, at the time of sentencing, his probation on the Douglas County sentence had not been revoked. He correctly relies on *State v. DeChenne,* 39 Or App 901, 594 P2d 831 (1979).

Remanded for resentencing.